# "EXHIBIT B"

Exhibit B

Esther Alessandro

| | |
|---|---|
| From: | DO NOT REPLY <dorinfo@treas.state.nj.us> |
| Sent: | Tuesday, September 29, 2015 2:43 PM |
| To: | Esther Alessandro |
| Subject: | NJ Division of Revenue: Case#:00301622   [ ref:_00D30JiZZ._50014sNbLg:ref ] |



STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

Dear Business Representative:

Our response to your inquiry is provided below. Please review the response text and/or visit the informational web site indicated by clicking on the hyperlink provided.

We hope that you find this response helpful. If you have a follow-up question, please feel free to contact us at 609-292-9292.
You may also send us a follow-up e-mail via our secure gateway at
https://www.state.nj.us/treasury/revenue/revgencode.shtml.
If you send us a follow-up e-mail, be sure to insert your case number (shown below) in the Subject field.

***Please do not respond directly to this e-mail. Use the gateway link at***
https://www.state.nj.us/treasury/revenue/revgencode.shtml.

Case Number: 00301622
Response: there is no additional letters sent.

As always, we wish you the best in your business endeavors.

Sincerely,
NJ Department of the Treasury
Division of Revenue and Enterprise Services

*Notice: The information contained in this communication is provided for the convenience of the general public and business community. It is not intended as legal or professional advice. It is

1

recommended that you consult with a tax professional and/or attorney for guidance on all matters pertaining to business filings, reports and certifications, and tax/employer responsibilities.



**STATE OF NEW JERSEY**
DIVISION OF REVENUE AND ENTERPRISE SERVICES
PO Box 628
TRENTON, NJ 08648-0628

Esther Alessandro

**From:** New Jersey Division of Revenue <dorinfo@treas.state.nj.us>
**Sent:** Monday, September 28, 2015 4:34 PM
**To:** Esther Alessandro
**Subject:** NJ Division of Revenue: Contact Acknowledgement



STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

Dear Esther Alessandro:

We received your e-mail and will route it to a service representative who will respond to the contact information you provided.

Our normal response time is two business days. Please note, however, that our ability to respond in a timely fashion depends on the volume and complexity of requests received during the course of a day.

Your case reference information is listed below.

Case Number: 00301622
Subject: Service of Summons and Complaint
Case Description: I received an affidavit of service from my process server that they served the State of New Jersey Division of Revenue on the above corporation. I then received a letter from your office acknowledging receipt of the complaint and you will attempt to serve the corporation. Should I file my affidavit of service or will I also be getting an affidavit from your office stating that you have served the corporation? Please advise. I have to get my affidavit of service filed as soon as possible. Thank you for your cooperation.

Once again, thank you for your interest in our programs.

Sincerely,
NJ Department of the Treasury
Division of Revenue and Enterprise Services

1

*Notice: The information contained in this communication is provided for the convenience of the general public and business community. It is not intended as legal or professional advice. It is recommended that you consult with a tax professional and/or attorney for guidance on all matters pertaining to business filings, reports and certifications, and tax/employer responsibilities.



**STATE OF NEW JERSEY**
DIVISION OF REVENUE AND ENTERPRISE SERVICES
PO Box 628
TRENTON, NJ 08648-0628