AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| A.&R. LOBOSCO, INC. a/k/a A & R LOBOSCO, INC. d/b/a PAPER RECYCLING CENTER <br><br> *Plaintiff(s)* <br><br> v. <br><br> SUPERIOR TRADING INC. a/k/a SUPERIOR TRADING, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br><br> **CV 15 3737** <br><br> **JOHNSON, J.** <br><br> **POLLAK, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPERIOR TRADING INC. a/k/a SUPERIOR TRADING, INC.
5 Prospect Terrace
East Rutherford, NJ   07073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vishnick McGovern Milizio LLP
By:  Joseph Trotti, Esq.
3000 Marcus Avenue, Suite 1E9
Lake Success, NY   11042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: JUN 2 6 2015

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO.: CV 15 3737

AFFIDAVIT OF DUE DILIGENCE

A.Lobosco, Inc. d/b/a A Lobosco, Inc. d/b/a Paper Recycling Center

        Plaintiff/Petitioner,

vs.

Superior Trading Inc. a/k/a
Superior Trading Inc.

        Defendant/Respondent.
_____/

Received by **J &K Investigative Services Inc** on **06/30/2015** at **01:26 PM** to be served upon:

**Superior Trading Inc. a/k/a Superior Trading, Inc.**
**5 Prospect Terrace**
**East Rutherford, NJ 07073**

```
New Jersey
Somerset     ss.
```

I, **Roger Padilla**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **08/22/2015** at **08:01 PM**, I non-served the within **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; CERTIFICATION OF ARBITRATION ELIGIBILITY** on **Superior Trading Inc. a/k/a Superior Trading, Inc.** in the manner indicated below:

NON-SERVICE: For the reason(s) in the comments below:

**7/3/15 @ 7:03pm – The address provided is a single family residence. No one home at this time. No lights or vehicles observed.**

**7/6/15 @ 3:05pm – I spoke with the son of Joseph Hahn who stated that his father was currently in Taiwan. He further stated that his father, Joseph, is the only individual at this residence that is affiliated with Superior Trading Inc. This source indicated that his father has been in Taiwan for approximately 3 weeks and was unsure as to when he is scheduled to return.**

**8/22/15 @ 8:01pm – I spoke with Joseph Hahn, son of the owner of the company who stated that his father is still in Taiwan and is extending his stay for an undetermined period of time due to the fact that his wife left him.**

X _____
Roger Padilla

Sworn to and subscribed before me on this
_____ day of _____, 20___
by an affiant who is personally known to
me or produced identification.
_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

```
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908-707-1900
Atty File#:  - Our File# 62948
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

CASE NO.: CV 15 3737
Date Filed: 00/00/0000

### AFFIDAVIT OF SERVICE

A.Lobosco, Inc. d/b/a A Lobosco, Inc. d/b/a Paper
Recycling Center

    Plaintiff/Petitioner,

vs.

Superior Trading Inc. a/k/a
Superior Trading Inc.

    Defendant/Respondent.
_____/

State of New Jersey
County of Somerset    ss.

I, **Charles Deeck**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **09/09/2015** at **03:00 PM**, I served the within **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; CERTIFICATION OF ARBITRATION ELIGIBILITY** on **New Jersey Secretary of State for Superior Trading Inc. a/k/a Superior Trading, Inc.** at **33 West State Street , Trenton, NJ 08608** in the manner indicated below:

By delivering a true copy of this process to **Selma Boakai**, **Clerk** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female — Age: 40 — Skin: Black — Hair: Black — Height: 5'6 — Weight: 150**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
____ day of September, 2015
by an affiant who is personally known to
me, or produced identification.

_Suzanne Weingarten_
NOTARY PUBLIC

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2016

x _Charles Deeck_
Charles Deeck - Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908-707-1900

Atty File#:  - Our File# **64210**



*STATE OF NEW JERSEY*
*DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*BUSINESS SUPPORT SERVICES*
*COMMERCIAL RECORDING*
*PO BOX 308*
*TRENTON, NJ 08646*

*Robert A Romano*
*Acting State Treasurer*

Joseph Trotti
Vishnick Mcgovern Milizio Llp
3000 Marcus Avenue, Suite 1e9
Lake Success, NY 11042

September 17, 2015

**RE: Cv 15 3737**

    A.&R. Lobosco, Inc, D/B/A Paper Recycling Center    (Plaintiff)
VS: Superior Trading, Inc. (Defendant)

Dear Sirs:

This is to acknowledge our receipt of the above listed complaint. We will attempt to serve the complaint on the defendant in accordance with NJSA 2A: 15-30.1.

                        Very truly yours,

                        Robert A Romano
                        Acting State Treasurer
                        New Jersey Division of Revenue